IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED K. COLLINS, #266825, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:10-CV-630-ID<br>)        [WO] |
| J.C. GILES, *et al.*, | ) ) |
| Respondents. | ) |

## OPINION AND ORDER

On January 25, 2011, the Magistrate Judge filed a Recommendation (Doc. 12) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 12) of the Magistrate Judge is ADOPTED; and

2. The petition for habeas corpus relief be DISMISSED without prejudice because of Petitioner's failure to exhaust his state court remedies.

An appropriate judgment will be entered.

Done this the 23rd day of February, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE